## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: January 26, 2017                    106753
                                                         106754

_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                                    MEMORANDUM AND ORDER

DEVANTE KNOX,
                    Appellant.

_____

Calendar Date: November 29, 2016

Before: McCarthy, J.P., Garry, Lynch, Clark and Mulvey, JJ.

_____

    Jack H. Weiner, Chatham, for appellant.

    D. Holley Carnright, District Attorney, Kingston (Joan Gudesblatt Lamb of counsel), for respondent.

_____

    Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered April 21, 2014, convicting defendant upon his plea of guilty of the crimes of criminal possession of a weapon in the second degree and criminal sale of a controlled substance in the third degree.

    Defendant was charged in two separate indictments with multiple crimes. During a combined proceeding, he pleaded guilty to criminal possession of a weapon in the second degree and criminal sale of a controlled substance in the third degree in satisfaction of both indictments. He also waived his right to appeal both orally and in writing. Under the terms of the plea agreement, County Court agreed to sentence defendant as a prior felony offender to concurrent prison terms of no more than 10 years for each crime, to be followed by five years of postrelease

supervision for criminal possession of a weapon in the second degree and three years of postrelease supervision for criminal sale of a controlled substance in the third degree.  At sentencing, the court sentenced defendant to concurrent prison terms of seven years for each crime, to be followed by the aforementioned periods of postrelease supervision.  Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Based upon our review of the record and counsel's brief, we agree.  Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Lynch, Clark and Mulvey, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court